STEPHEN H. TURNER, SB# 89627
E-Mail: turner@lbbslaw.com
LARISSA G. NEFULDA, SB# 201903
E-Mail: lnefulda@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for WELLS FARGO, N.A. and WELLS FARGO HOME MORTGAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GARY DANIELS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO, N.A.; WELLS FARGO HOME MORTGAGE AND DOES 1-10,<br><br>  Defendants. | CASE NO.  8:09-cv-01256-AG-MLG<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS WELLS FARGO, N.A. AND WELLS FARGO HOME MORTGAGE**<br><br>ACTION FILED:  September 25, 2009<br>REMOVAL FILE: October 29, 2009<br>TRIAL DATE:  None Set |

The Court having granted Defendants WELLS FARGO, N.A. and WELLS FARGO HOME MORTGAGE's Motion to Dismiss Plaintiff's First Amended Complaint without leave to amend, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment of dismissal with prejudice be entered in favor of Defendants WELLS FARGO, N.A. and WELLS FARGO HOME MORTGAGE and against Plaintiff GARY DANIELS.

IT IS SO ORDERED

DATED: June 9, 2010

_____
United States District Court Judge

4810-9581-1078.1                            -1-
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS
WELLS FARGO, N.A. AND WELLS FARGO HOME MORTGAGE
CASE NO. 8:09-CV-01256-AG-MLG