PATRICIA L. McCLARAN (State Bar No. 95754)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| GARY DANIELS,<br><br>              Plaintiff,<br><br>      vs.<br><br>WELLS FARGO, N.A.; WELLS FARGO HOME MORTGAGE; BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1 - 10,<br><br>              Defendants. | Case No.:  8:09-cv-01256-AG-MLG<br><br>**JUDGMENT IN FAVOR OF BANK OF AMERICA, N.A.** |

The Court having granted defendant Bank of America N.A.'s motion to dismiss Plaintiff's First Amended Complaint without leave to amend, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment of dismissal with prejudice be entered in favor of defendant Bank of America, N.A. and against plaintiff Gary Daniels.

IT IS SO ORDERED.

DATED: June 30, 2010

_____
United States District Court Judge
Andrew J. Guilford

10597/0154/816679.1

[Proposed] Judgment
Case No.:  8:09-cv-01256-AG-ML